**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

FERYAL MOHAMMAD AND WAJDAN MOHAMMAD,

           Plaintiffs,

vs.

AMERICAN EXPRESS BANK, FSB,

           Defendant.
_____/

Case No. 18-cv-23328-KMW

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs, FERYAL MOHAMMAD and WAJDAN MOHAMMAD, hereby dismiss the above-entitled action and all claims asserted in the action against Defendant, AMERICAN EXPRESS BANK, FSB, with prejudice.  The parties agree to bear their own fees and costs.

**CONSENT OF COUNSEL FOR DEFENDANT**

Pursuant to Rule 3J.(3) of the CM/ECF Administrative Procedures of the United States District Court for the Southern District of Florida, the undersigned counsel for Plaintiffs represents to the Court that counsel for Defendant has authorized him to affix her electronic signature to this Joint Stipulation of Dismissal with Prejudice.

| Respectfully Submitted, | Respectfully Submitted, |
|---|---|
| */s/ Christopher W. Boss* | *s/ Geri E. Howell* |
| Christopher W. Boss, Esq. | Geri E. Howell, Esq. |
| Florida Bar No.: 13183 | Florida Bar No. 0594261 |
| BOSS LAW | SHOOK, HARDY & BACON L.L.P |
| Email: cpservice@bosslegal.com | Miami Center, Suite 3200 |
| 9887 Fourth Street North, Suite 202 | 201 South Biscayne Blvd. |
| St. Petersburg, Florida  33702 | Miami, FL 33131-4332 |
| Telephone: (727) 471-0039 | Telephone: (305) 358-5171 |

| | |
|---|---|
| Facsimile: (888) 449-8792 | Facsimile: (305) 358-7470<br>ghowell@shb.com<br>coruna@shb.com |
| *Attorney for Plaintiffs* | |
| | *Counsel for Defendant, American Express National Bank, successor-by-merger to American Express Bank, FSB* |

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 31st day of October, 2018, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing, including:

| | |
|---|---|
| Geri E. Howell, Esq.<br>SHOOK, HARDY & BACON L.L.P<br>Miami Center, Suite 3200<br>201 South Biscayne Blvd.<br>Miami, FL 33131<br>Telephone: (305) 358-5171<br>Facsimile: (305) 358-7470<br>ghowell@shb.com<br>coruna@shb.com | Christopher W. Boss, Esq.<br>BOSS LAW<br>Email: cpservice@bosslegal.com<br>9887 Fourth Street North, Suite 202<br>St. Petersburg, Florida  33702<br>Telephone: (727) 471-0039<br>Facsimile: (888) 449-8792 |
| | *Attorney for Plaintiffs* |
| *Counsel for Defendant, American Express National Bank, successor-by-merger to American Express Bank, FSB* | |

                                                  /s/ Christopher W. Boss
                                                  Christopher W. Boss (FBN 13183)